Gary R. Selvin, State Bar No. 112030
Nancy J. Strout, State Bar No. 121096
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:  (510) 874-1811
Facsimile:  (510) 465-8976
E-mail:  gselvin@selvinwraith.com
         nstrout@selvinwraith.com

Attorneys for Plaintiff
PRAETORIAN INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAETORIAN INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN MILLING LLC, a California limited liability company,<br><br>Defendant. | CASE NO.: 1:15-cv-00557-MCE-GSA<br><br>*For All Purposes Assigned To:*<br>*Judge Morrison C. England, Jr., Courtroom 7, 14th Floor - Sacramento*<br>*Dispositive & Discovery Motions Only Assigned To Magistrate Judge Gary S. Austin, Courtroom 10, 6th Floor - Fresno*<br><br>**STIPULATION AND ORDER FOR 60-DAY STAY OF LITIGATION**<br><br>Complaint Filed:  April 10, 2015 |

WHEREAS plaintiff Praetorian Insurance Company insured Western Milling LLC under a policy which included general liability coverage, and

WHEREAS Western Milling tendered a claim to Praetorian for coverage for the death and/or or exposure of cattle to toxicity in feed, and

WHEREAS Praetorian denied coverage for the claim and filed this action for declaratory relief on April 10, 2015 concerning the availability of coverage for;

WHEREAS Western Milling has not executed the waiver of service, acknowledged receipt of the complaint or appeared in this action; and

WHEREAS counsel for plaintiff and defendant have agreed to exchange documents, subject to an already-executed confidentiality agreement and to explore resolving this matter informally,

Subject to the Court issuing an order consistent with the terms of this stipulation, the parties,

by and between their respective attorneys, stipulate as follows:

1. This action is stayed until September 1, 2015;

2. If the matter has not resolved by September 1, 2015, defendant agrees to waive service and file a responsive pleading by September 21, 2015;

3. All deadlines pursuant to Federal Rules of Civil Procedure 16, 26 and/or the Court's local rules are continued to be reset following the expiration of the stay;

4. The parties will meet and file a Joint Scheduling Conference Statement no later than September 30, 2015.

Dated: July 13, 2015                SELVIN WRAITH HALMAN LLP

                                    By: /s/ Gary R. Selvin
                                    Gary R. Selvin
                                    Nancy J. Strout
                                    Attorneys for Plaintiff
                                    PRAETORIAN INSURANCE COMPANY

Dated: July 16, 2015                MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

                                    By: /s/ James P. Wagoner
                                    James P. WagonerWagoner
                                    Attorneys for Defendant
                                    WESTERN MILLING, LLC.

IT IS SO ORDERED.

Dated: July 17, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT