Gary R. Selvin, State Bar No. 112030
Nancy J. Strout, State Bar No. 121096
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:   (510) 874-1811
Facsimile:   (510) 465-8976
E-mail:  gselvin@selvinwraith.com
            nstrout@selvinwraith.com

Attorneys for Plaintiff
PRAETORIAN INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAETORIAN INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN MILLING LLC, a California limited liability company,<br><br>Defendant. | CASE NO.: 1:15-cv-00557-MCE-GSA<br><br>*For All Purposes Assigned To:*<br>*Judge Morrison C. England, Jr., Courtroom 7, 14th Floor - Sacramento*<br>*Dispositive & Discovery Motions Only Assigned To Magistrate Judge Gary S. Austin, Courtroom 10, 6th Floor - Fresno*<br><br>**STIPULATION AND ORDER FOR ADDITIONAL 60 DAY STAY OF LITIGATION**<br><br>Complaint Filed:  April 10, 2015 |

WHEREAS the parties to this action previously stipulated to a 60 day stay of this action to explore resolving this matter informally;

WHEREAS the Court issued an order staying the action until September 1, 2015;

WHEREAS the parties are continuing to discuss resolving this matter informally and have exchanged documentation to allow them to evaluate their respective claims; and

WHEREAS, subject to the Court issuing an order consistent with the terms of this stipulation, the parties, by and between their respective attorneys, stipulate as follows:

1. This action is stayed an additional 60 days to October 31, 2015;

2. If the matter has not resolved by October 31, 2015, defendant agrees to waive service

and file a responsive pleading by November 23, 2015;

    3.    All deadlines pursuant to Federal Rules of Civil Procedure 16, 26 and/or the Court's local rules are continued to be reset following the expiration of the stay;

    4.    The parties will meet and file a Joint Scheduling Conference Statement no later than December 2, 2015.

Dated: September 16, 2015          SELVIN WRAITH HALMAN LLP

By:    /s/
Gary R. Selvin
Nancy J. Strout
Attorneys for Plaintiff
PRAETORIAN INSURANCE COMPANY

Dated: September 15, 2015          MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:    /s/
James P. Wagoner
Attorneys for Defendant
WESTERN MILLING, LLC.

IT IS SO ORDERED.

Dated: September 18, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**STIPULATION AND ORDER FOR ADDITIONAL 60 DAY STAY OF LITIGATION
CASE NO.: 1:15-cv-00557-MCE-GSA**