McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  *jim.wagoner@mccormickbarstow.com*
Lejf E. Knutson, #234203
  *lejf.knutson@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Defendant, WESTERN MILLING LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAETORIAN INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN MILLING LLC, a California limited liability company,<br><br>Defendant. | CASE NO.: 1:15-cv-00557-MCE-GSA<br><br>*For All Purposes Assigned To: Judge Morrison C. England, Jr.,*<br><br>*Dispositive & Discovery Motions Only Assigned To Magistrate Judge Erica P. Grosjean*<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING A RESPONSIVE PLEADING**<br><br>Complaint Filed: April 10, 2015 |

WHEREAS the parties to this action previously stipulated to stay of this action to explore resolving this matter informally;

WHEREAS the Court issued an order staying the action to October 31, 2015 and requiring Defendant to file a responsive pleading by November 23, 2015 if the parties had not resolved the dispute;

WHEREAS Defendant has prepared for filing a counter-claim which refers to materials previously designated by the parties as "confidential", potentially requiring Defendant to file its counter-claim under seal;

WHEREAS the parties are meeting and conferring on whether the specific information

referenced in the counter-claim should still be designated confidential as thereby require the cross-complaint to be filed under seal.

WHEREAS, subject to the Court issuing an order consistent with the terms of this stipulation, the parties, by and between their respective attorneys, stipulate as follows:

1. The parties agree that Defendant will file its responsive pleading by November 30, 2015;

2. The parties will meet and file a Joint Scheduling Conference Statement no later than December 9, 2015.

Dated: November 19, 2015                   MCCORMICK, BARSTOW, SHEPPARD,
                                           WAYTE & CARRUTH LLP


                                           By:  ___/s/ James P. Wagoner_____
                                                James P. Wagoner
                                                Attorneys for Defendant
                                                WESTERN MILLING, LLC.

Dated: November 19, 2015                   SELVIN WRAITH HALMAN LLP


                                           By:  /s/ Gary R. Selvin
                                                Gary R. Selvin
                                                Nancy J. Strout
                                                Attorneys for Plaintiff
                                                PRAETORIAN INSURANCE COMPANY

IT IS SO ORDERED.

Dated:   November 20, 2015

                                           _____
                                           MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                           UNITED STATES DISTRICT COURT