1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  James P. Wagoner, #58553
     *jim.wagoner@mccormickbarstow.com*
3  Lejf E. Knutson, #234203
     *lejf.knutson@mccormickbarstow.com*
4  7647 North Fresno Street
   Fresno, California 93720
5  Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
6
7  Attorneys for Defendant, WESTERN MILLING
   LLC
8
9              IN THE UNITED STATES DISTRICT COURT
10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | PRAETORIAN INSURANCE COMPANY, an | CASE NO.: 1:15-cv-00557-MCE-GSA |
   | Illinois corporation, | |
12 | | *For All Purposes Assigned To:* |
   | | *Judge Morrison C. England, Jr.,* |
13 | Plaintiff, | |
14 | v. | *Dispositive & Discovery Motions Only* |
   | | *Assigned To Magistrate Judge Erica P.* |
15 | WESTERN MILLING LLC, a California | *Grosjean* |
   | limited liability company, | |
16 | | **SUPPLEMENTAL STIPULATION AND** |
17 | Defendant. | **ORDER TO EXTEND DEADLINE FOR** |
   | | **FILING A RESPONSIVE PLEADING** |
18 | | |
   | | Complaint Filed:  April 10, 2015 |
19

20         WHEREAS the parties to this action previously stipulated to stay of this action to explore

21 resolving this matter informally;

22         WHEREAS the Court issued an order staying the action to October 31, 2015 and requiring

23 Defendant to file a responsive pleading by November 23, 2015 if the parties had not resolved the

24 dispute;

25         WHEREAS Defendant has prepared for filing a counter-claim which refers to materials

26 previously designated by the parties as "confidential", potentially requiring Defendant to file its

27 counter-claim under seal;

28

1   WHEREAS the parties are meeting and conferring on whether the specific information

2   referenced in the counter-claim should still be designated confidential and thereby require the cross-

3   complaint to be filed under seal.

4   WHEREAS the parties previously asked the Court to extend the previous filing deadline from

5   November 23, 2015 to November 30, 2015 so that the parties could complete their meet and confer

6   attempts.

7   WHEREAS the Court extended the previous filing deadline from November 23, 2015 to

8   November 30, 2015 in conformity with the parties' request.

9   WHEREAS counsel for Praetorian Insurance Company has not been able to complete

10  conferring with his client sufficiently in advance of the November 30, 2015 filing deadline due to

11  delays caused by the holiday season.

12  WHEREAS, subject to the Court issuing an order consistent with the terms of this stipulation,

13  the parties, by and between their respective attorneys, stipulate as follows:

14  1.      The parties agree that Defendant will file its responsive pleading by December

15  7, 2015;

16  2.      The parties will meet and file a Joint Scheduling Conference Statement no later than

17  December 16, 2015.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING A RESPONSIVE
PLEADING                                            CASE NO.: 1:15-cv-00557-MCE-GSA

Dated: November 25, 2015                    MCCORMICK, BARSTOW, SHEPPARD,
                                            WAYTE & CARRUTH LLP


                                      By:   ___/s/ James P. Wagoner_____
                                            James P. Wagoner
                                            Attorneys for Defendant
                                            WESTERN MILLING, LLC.

Dated: November 25, 2015                    SELVIN WRAITH HALMAN LLP


                                      By:   /s/  Gary R. Selvin_____
                                            Gary R. Selvin
                                            Nancy J. Strout
                                            Attorneys for Plaintiff
                                            PRAETORIAN INSURANCE COMPANY


          IT IS SO ORDERED.

Dated:  December 1, 2015




                                      _____
                                      MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                      UNITED STATES DISTRICT COURT

STIPULATION   AND   ORDER   TO   EXTEND   DEADLINE   FOR   FILING   A   RESPONSIVE
PLEADING                                        CASE NO.: 1:15-cv-00557-MCE-GSA