Gary R. Selvin, State Bar No. 112030
Nancy J. Strout, State Bar No. 121096
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:   (510) 874-1811
Facsimile:    (510) 465-8976
E-mail:  gselvin@selvinwraith.com
         nstrout@selvinwraith.com

Attorneys for Plaintiff
PRAETORIAN INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAETORIAN INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN MILLING LLC, a California limited liability company,<br><br>Defendant. | CASE NO.: 1:15-cv-00557-MCE-EPG<br><br>*For All Purposes Assigned To:*<br>*Judge Morrison C. England, Jr., Courtroom 7, 14th Floor - Sacramento*<br>*Dispositive & Discovery Motions Only Assigned To: Magistrate Judge Erica P. Grosjean, Courtroom*<br><br>**SUPPLEMENTAL STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING SCHEDULING CONFERENCE STATEMENT**<br><br>Complaint Filed:  April 10, 2015 |

WHEREAS the parties to this action previously stipulated to stay of this action to explore resolving this matter informally;

WHEREAS the Court issued an order staying the action to October 31, 2015 and requiring Defendant to file a responsive pleading by November 23, 2015 if the parties had not resolved the dispute;

WHEREAS the Court issued a subsequent order requiring Defendant to file a responsive pleading by December 7, 2015 and for the parties to meet and file a Joint Scheduling Conference Statement no later than December 16, 2015;

1  WHEREAS Defendant filed an answer and counter-claim on December 7, 2015;

2  WHEREAS the parties require additional time to meet and file a Joint Scheduling Conference Statement;

4  WHEREAS, Rule 26(d) provides a party in this action may not seek discovery from any source prior to the discovery conference, except by stipulation or court order;

6  WHEREAS, Plaintiff Praetorian Insurance Company wishes to serve a subpoena duces tecum on Andreini & Company immediately;

8  WHEREAS, Defendant Western Milling LLC has no objection to the proposed subpoena;

9  WHEREAS, Defendant Western Milling LLC wishes to serve a document production request on Plaintiff Praetorian Insurance Company to obtain: (1) the services contract between Praetorian Insurance Company and National Claim Management; and (2) the portions of the claims file regarding Praetorian Insurance Company's coverage investigation within its possession and/or control;

14  WHEREAS, Plaintiff Praetorian Insurance Company has no objection to the proposed document production request; and

16  WHEREAS, subject to the Court issuing an order consistent with the terms of this stipulation, the parties, by and between their respective attorneys, stipulate as follows:

18  1.  The parties will meet and file a Joint Scheduling Conference Statement no later than January 15, 2016.

20  2.  Praetorian Insurance Company may serve a subpoena duces tecum on Andreini & Company immediately upon execution of this Stipulation and Order.

///
///
///
///
///
///
///

3.  Defendant Western Milling LLC may serve a document production request on Praetorian Insurance Company immediately upon execution of this Stipulation and Order.

Dated: December 15, 2015

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:  /s/ James P. Wagoner
James P. Wagoner
Attorneys for Defendant
WESTERN MILLING, LLC.

Dated: December 15, 2015

SELVIN WRAITH HALMAN LLP

By:  /s/ Nancy J. Strout
Gary R. Selvin
Nancy J. Strout
Attorneys for Plaintiff
PRAETORIAN INSURANCE COMPANY

**IT IS SO ORDERED.**

**Dated:  December 22, 2015**

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT