Gary R. Selvin, State Bar No. 112030
John A. Chatowski, State Bar No. 174471
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:    (510) 874-1811
Facsimile:    (510) 465-8976
E-mail:  gselvin@selvinwraith.com
         jchatowski@selvinwraith.com

Attorneys for Plaintiff and Counter-Defendant,
PRAETORIAN INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT E. COYLE U.S. COURTHOUSE - FRESNO

| | |
|---|---|
| PRAETORIAN INSURANCE COMPANY, an Illinois corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>WESTERN MILLING LLC, a California limited liability company,<br><br>          Defendant. | CASE NO.: 1:15-cv-00557-DAD-EPG<br><br>*For All Purposes Including Trial Assigned To: Hon. Dale A. Drozd, Courtroom 5, 7th Floor*<br><br>**AMENDED SCHEDULING ORDER**<br><br>Complaint Filed:  April 10, 2015<br>***Protective Order Filed: March 21, 2016***<br>Counter-Claim Filed:  December 7, 2015<br><br>Jury Trial Date:  November 14, 2017 |
| WESTERN MILLING LLC, a California limited liability company,<br><br>          Counter-Complainant,<br><br>     v.<br><br>PRAETORIAN INSURANCE COMPANY, an Illinois corporation; and DOES 1-25,<br><br>          Counter-Defendant. | |

Having considered the Parties' Joint Stipulation Regarding Scheduling and Request for Continuance of Expert Discovery Deadlines Only, the Court finds that good cause exists and GRANTS the stipulation and amends the scheduling order only as to the following deadlines:

>Expert Disclosure: ***From July 28, 2017 to August 18, 2017 to serve Rule 26 expert reports***
>
>Rebuttal Expert Disclosure: ***From August 11, 2017 August 25 to serve rebuttal expert reports***
>
>Expert Discovery Cutoff: ***From August 25, 2017 to September 1, 2017***

IT IS SO ORDERED.

Dated:   **July 25, 2017**                         /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE