UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAETORIAN INSURANCE CO.,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN MILLING, LLC,<br><br>Defendant. | No. 1:15-cv-00557-DAD-EPG<br><br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE PRE-TRIAL CONFERENCE<br><br>(Doc. No. 63) |
| WESTERN MILLING, LLC,<br><br>Counter-claimant,<br><br>v.<br><br>PRAETORIAN INSURANCE CO.,<br><br>Counter-defendant. | |

On August 11, 2017, the parties filed a stipulation requesting to move only the date of the pretrial conference from September 18, 2017 to October 9, 2017. (Doc. No. 63.) October 9, 2017 is a federal holiday and the court is closed. Pursuant to the parties' stipulation and good cause appearing, the court grants the parties' request in part. Accordingly, the final pretrial conference in this case is continued to **October 10, 2017** at 1:30 p.m. in Courtroom Five. However, the

1

parties are forewarned that because a mandatory settlement conference will be ordered by the court in the Final Pretrial Order and a number of other requirements will be imposed upon the parties in that order which must be completed prior to trial, by stipulating to this continuance the parties may ultimately be requiring that the previously scheduled trial date also be continued at some point.

IT IS SO ORDERED.

Dated: **August 11, 2017**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE