UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAETORIAN INSURANCE CO.,<br><br>    Plaintiff,<br><br>    v.<br><br>WESTERN MILLING, LLC,<br><br>    Defendant. | No. 1:15-cv-00557-DAD-EPG<br><br>ORDER GRANTING STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATES<br><br>(Doc. No. 74) |
| WESTERN MILLING, LLC,<br><br>    Counter-claimant,<br><br>    v.<br><br>PRAETORIAN INSURANCE CO.,<br><br>    Counter-defendant. | |

On September 28, 2017, the parties filed a joint stipulation to continue the pre-trial conference and trial dates in this action. (Doc. No. 74.) Good cause appearing and the parties having so stipulated, the final pre-trial conference is hereby continued to **October 23, 2017 at 1:30 p.m.** and the trial date is continued to **February 13, 2018 at 8:30 a.m.**.

IT IS SO ORDERED.

Dated:   **October 3, 2017**

                                            UNITED STATES DISTRICT JUDGE

1