Gary R. Selvin, State Bar No. 112030
John A. Chatowski, State Bar No. 174471
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:     (510) 874-1811
Facsimile:     (510) 465-8976
E-mail:   gselvin@selvinwraith.com
          jchatowski@selvinwraith.com

Attorneys for Plaintiff and Counter-Defendant
PRAETORIAN INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT E. COYLE FEDERAL COURTHOUSE - FRESNO

| | |
|---|---|
| PRAETORIAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>WESTERN MILLING LLC, a California limited liability company,<br><br>                    Defendant. | CASE NO.: 1:15-cv-00557-DAD-EPG<br><br>**PLAINTIFF AND COUNTER-DEFENDANT PRAETORIAN INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Filed concurrently with Memorandum of Points and Authorities; Stipulated Undisputed Facts; Declaration of John A. Chatowski; [Proposed] Order] |
| WESTERN MILLING LLC, a California limited liability company,<br><br>                    Counter-Complainant,<br><br>          v.<br><br>PRAETORIAN INSURANCE COMPANY, a Pennsylvania corporation; and DOES 1-25,<br><br>                    Counter-Defendant. | Date:          December 5, 2017<br>Time:          10:00 a.m.<br>Courtroom:     Department 5, 7th Floor<br>Judge:          Dale A. Drozd |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that pursuant to the Court's October 10, 2017 Minute Order (Dkt. No. 80), on December 5, 2017, at 10:00 a.m., or as soon as this matter may be heard in Department 5 of the above-entitled Court located at 2500 Tulare Street, Fresno, California 93721, Plaintiff and Counter-Defendant Praetorian Insurance Company ("Praetorian") will and hereby does move for

1

**PRAETORIAN INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT          CASE NO.: 1:15-CV-00557-DAD-EPG**

partial summary judgment in its favor and against Defendant Western Milling LLC ("Western Milling) on its Complaint, and in its favor on Western Milling's Counterclaim on the grounds that Praetorian's excess policy does not provide coverage for the Cattle Claims because of the "care, custody or control of any insured" exclusion in the excess policy.  This motion is made on the ground that there is no genuine issue as to any material fact and that Praetorian is entitled to partial summary judgment on this issue as a matter of law.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Stipulated Undisputed Facts, and Declaration of John A. Chatowski and exhibits thereto, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated:  October 23, 2017                           SELVIN WRAITH HALMAN LLP


By: ___/s/ John A. Chatowski_____
    Gary R. Selvin
    John A. Chatowski
    Attorneys for Plaintiff and Counter-Defendant
    PRAETORIAN INSURANCE COMPANY

235963.doc

| Re: | **Praetorian Insurance Company v. Western Milling, LLC** |
|---|---|
| **Court:** | **United States Eastern District Court of California - Fresno Division** |
| **Action No.** | **1:15-cv-00557-DAD-EPG** |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On October 23, 2017, I served the following document(s):

**PLAINTIFF AND COUNTER-DEFENDANT PRAETORIAN INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF AND COUNTER-DEFENDANT PRAETORIAN INSURANCE COMPANY'S MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

**STIPULATED UNDISPUTED FACTS IN SUPPORT OF PLAINTIFF AND COUNTER-DEFENDANT PRAETORIAN INSURANCE MOTION FOR PARTIAL SUMMARY JUDGMENT**

**DECLARATION OF JOHN A. CHATOWSKI IN SUPPORT OF PLAINTIFF AND COUNTER-DEFENDANT PRAETORIAN INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**[PROPOSED] ORDER GRANTING PLAINTIFF AND COUNTER-DEFENDANT PRAETORIAN INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

Mr. Steven Messner                                        Attorneys for Defendant:
Ms. Danica L. Crittenden                                 WESTERN MILLING, LLC
Shernoff Bidart Echeverria LLP
600 South Indian Hill Blvd.
Claremont, CA  91711-5498
Telephone No.:   (909) 621-4935
Fax No.:            (909) 625-6915
Email:  smessner@shernoff.com
Email:  dcrittenden@shernoff.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  October 23, 2017

_____/s/ Laura L. Sanchez_____
Laura L. Sanchez

1