1  Gary R. Selvin, State Bar No. 112030
   John A. Chatowski, State Bar No. 174471
2  SELVIN WRAITH HALMAN LLP
   505 14th Street, Suite 1200
3  Oakland, CA 94612
   Telephone:    (510) 874-1811
4  Facsimile:    (510) 465-8976
   E-mail:  gselvin@selvinwraith.com
5          jchatowski@selvinwraith.com

6  Attorneys for Plaintiff and Counter-Defendant
   PRAETORIAN INSURANCE COMPANY
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10        ROBERT E. COYLE FEDERAL COURTHOUSE - FRESNO

| | |
|---|---|
| 11  PRAETORIAN INSURANCE COMPANY, a Pennsylvania corporation, | CASE NO.: 1:15-cv-00557-DAD-EPG |
| 12                    Plaintiff, | **STIPULATED UNDISPUTED FACTS IN SUPPORT OF PLAINTIFF AND COUNTER-DEFENDANT PRAETORIAN INSURANCE MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| 13            v. | |
| 14  WESTERN MILLING LLC, a California | |
| 15  limited liability company, | Date:         December 5, 2017 |
| 16                    Defendant. | Time:         10:00 a.m.<br>Courtroom:  Department 5, 7th Floor<br>Judge:       Dale A. Drozd |
| 17  WESTERN MILLING LLC, a California limited liability company, | |
| 18 | |
| 19                    Counter-Complainant, | |
| 20            v. | |
| 21  PRAETORIAN INSURANCE COMPANY, a Pennsylvania corporation; and DOES 1-25, | |
| 22                    Counter-Defendant. | |

23

24        Plaintiff and Counter-Defendant Praetorian Insurance Company ("Praetorian") and Defendant

25  and Counter-Complainant Western Milling LLC ("Western Milling") have agreed to the following

26  Stipulated Undisputed Facts pursuant to Local Rule 260(c).  These stipulations are entered into only

27  for the purposes of Praetorian's Motion for Partial Summary Judgment, and are not intended to be

28  otherwise binding.

                                        1
**STIPULATED UNDISPUTED FACTS IN SUPPORT OF PRAETORIAN'S MOTION FOR
PARTIAL SUMMARY JUDGMENT            CASE NO.: 1:15-CV-00557-DAD-EPG**

**<u>Stipulated Undisputed Facts</u>**

1.      Western Milling manufactures and supplies feed for different kinds of livestock, including feed used by commercial dairies.  Its principal office, including its mill where it manufactures its feed products, is located in Goshen, California.

2.      C&K is a limited liability company that was formed in April 2008, but was inactive until November 2009. C&K is a limited liability company with Articles of Incorporation and Operating Agreement.    Kevin Kruse of Western Milling is C&K's sole manager.

3.      C&K has an Employer Identification Number, files Federal Employment Withholding Returns, and files a California state income tax return.

4.      Praetorian issued a Commercial Lines Policy to Western Milling, Policy No. H100-100106-04, effective November 17, 2013 to November 17, 2014 (the "Primary Policy").

5.      C&K was added as an ADDITIONAL NAMED INSURED to the Primary Policy in 2009 and subsequent policies, including policy no. H100-100106-04.

6.      The renewal insurance application submitted to Praetorian on October 17, 2013, stated C&K "[e]ffective 11/20/2010, manages employees at Goshen Calf Ranch which is a stock farm . . ."

7.      The Primary Policy includes an "Additional Named Insured" endorsement listing eighteen (18) separate entities including: (1) "Western Milling, LLC"; (2) "C&K Ag Holdings, LLC"; and (3) "Goshen West Ranch, dba".

8.      The Primary Policy contains a "Separation of Insureds" provision which states:

> Except with respect to the Limits of Insurance, and any rights or
> duties specifically assigned in this Coverage Part to the first
> Named Insured, this insurance applies:
> a.  As if each Named Insured were the only Named Insured; and
> b.  Separately to each insured against whom claim is made or
> "suit" is brought.

9.      The Primary Policy contains the following exclusion:

> 2.      Exclusions
>
> This insurance does not apply to:
> ***

2

**STIPULATED UNDISPUTED FACTS IN SUPPORT OF PRAETORIAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT          CASE NO.: 1:15-CV-00557-DAD-EPG**

               j.       Damage to Property

          "Property damage" to:

***

(4) Personal property in the care, custody or
control of the insured . . .

10.     Praetorian issued Commercial Excess Policy to Western Milling, Policy No. BPU-100106-04 (the "Excess Policy"). C&K is an Additional Named Insured under this policy.

11.     Section I "Coverage" under the Excess Policy's "Insuring Agreements" states:

> Subject to the other provisions of this policy, we will indemnify the Insured for the insured's "Ultimate Net Loss" if such loss results from an occurrence insured by all of the policies designated in the Declarations as "Underlying Insurance". However, the insurance afforded by this policy shall apply (a) only in excess of all "Underlying Insurance", and (b) only after all "Underlying Insurance" has been exhausted by payment of the limits of such insurance. If any "Underlying Insurance" does not pay a loss, for reasons other than exhaustion of an aggregate limit of insurance, then we shall not pay such loss.
>
> The definitions, terms, conditions, limitations, exclusions, and warranties of the first "Underlying Insurance" policy, in effect as the inception date of this policy, apply to this coverage unless they are inconsistent with provisions of this policy, or relate to premium, subrogation, and obligation to investigate and defend, the amount or limits of insurance, payment of expenses, cancellation or any renewal agreement.

///

///

///

3

**STIPULATED UNDISPUTED FACTS IN SUPPORT OF PRAETORIAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT**      **CASE NO.: 1:15-CV-00557-DAD-EPG**

12.    The Excess Policy contains the following exclusion:

> 2.    Exclusions
>
> 4. PROPERTY DAMAGE – CARE, CUSTODY, OR
>
> CONTROL – Property owned, rented or occupied by
>
> any insured; property loaned to any insured,; (sic) or
>
> Personal property in the care, custody or control of any
>
> insured.

13.    The Excess Policy provides coverage in the amount of $5 million in excess coverage for "general aggregate", "products-completed operations aggregate", "each occurrence" and "each person — personal advertising injury" above primary "Underlying Insurance" policies which were scheduled on the Excess Policy's "Schedule of Underlying Insurance" and which include the Primary Policy.

14.    Western Milling owns a feed lot located at 31231 Road 60, Visalia, California that it named "Goshen West Ranch" ("GWR").  It is listed as an insured location in the Primary Policy. Western Milling owns everything of value at GWR, including the buildings, structures, equipment, feed and computer equipment.

15.    On August 5, 2014, cattle owned by Western Milling, Kevin Kruse, and eight third-party cattle owners whose cattle were being cared for at GWR consumed rations that included return feed delivered from Western Milling that contained excess Rumensin.

16.    The return feed that was fed to the cattle was manufactured by Western Milling, was sent directly from the Western Milling mill to GWR, and was fed to the cattle consistent with the feed ration instructions provided by employees of Western Milling.

17.    As a result of the exposure to the feed, approximately 861 animals owned by the third parties died.  Additional animals owned by third parties survived, but potentially had limited growth and reproductive capability as a result of consuming contaminated feed.

18.    On August 14, 2014 Western Milling submitted a claim to its insurer Praetorian.

19.    Attorney Mike Kronlund ("Kronlund") was retained by Praetorian for Western Milling with respect to the cattle claims.

4

**STIPULATED UNDISPUTED FACTS IN SUPPORT OF PRAETORIAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT          CASE NO.: 1:15-CV-00557-DAD-EPG**

1    20.    On August 19, 2014, Mark LaBounty of Western Milling sent Kronlund and Jo Knapp

2   of National Claims Management a draft release pertaining to one of Western Milling's customers

3   whose cattle was exposed to the feed at GWR.   Kronlund and Knapp received additional draft

4   releases from LaBounty on August 20 and September 16, 2014.

5    21.    After the Rumensin poisoning incident, Western Milling settled the claims of eight

6   third-party owners whose cattle were exposed.

7    22.    On December 2, 2014, a reservation of rights letter that referred to the care, custody or

8   control exclusion in the Praetorian Primary Policy was sent to Western Milling.

9    23.    There was an oral agreement between C&K and Western Milling that C&K would be

10   managing and paying the employees at Goshen West Ranch to care for the cattle at Goshen West

11   Ranch.

12    24.    Western Milling makes payments to C&K to oversee the cattle and manage Goshen

13   West Ranch.

14    25.    C&K employees process the cattle in and out of GWR.

15    26.    C&K employees feed the cattle at GWR.

16    27.    C&K employees medicate and vaccinate the cattle at GWR.  Veterinarians paid by

17   Western Milling also inoculated cattle at GWR.

18    28.    Joe Mendes Sr., who lives on-site at Goshen West Ranch, was initially an independent

19   contractor paid by Western Milling, but subsequently became an employee of C & K in 2013.

20    29.    Joey Mendes, who also works at Goshen West Ranch, is an employee and paid by

21   C&K.

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

5

**STIPULATED UNDISPUTED FACTS IN SUPPORT OF PRAETORIAN'S MOTION FOR
PARTIAL SUMMARY JUDGMENT          CASE NO.: 1:15-CV-00557-DAD-EPG**

1       30.    The third party cattle owners made claims against Western Milling only, and it settled

2 the claims.  No one ever made a claim against C&K.

4 Dated:  October 23, 2017               SELVIN WRAITH HALMAN LLP

By:   /s/ John A. Chatowski
       Gary R. Selvin
       John A. Chatowski
       Attorneys for Plaintiff and Counter-Defendant
       PRAETORIAN INSURANCE COMPANY

9 Dated:  October 23, 2017               SHERNOFF BIDART ECHEVERRIA LLP

By:   /s/ Steven Messner
       Ricardo Echeverria
       Steven M. Schuetze
       Steven Messner
       Attorneys for Defendant and Counter-Complainant
       WESTERN MILLING LLC

235975.doc

**STIPULATED UNDISPUTED FACTS IN SUPPORT OF PRAETORIAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT          CASE NO.: 1:15-CV-00557-DAD-EPG**