UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAETORIAN INSURANCE CO.,<br><br>    Plaintiff,<br><br>    v.<br><br>WESTERN MILLING, LLC,<br><br>    Defendant. | No. 1:15-cv-00557-DAD-EPG<br><br><u>ORDER REFERRING MATTER TO MAGISTRATE JUDGE</u><br><br>(Doc. No. 90) |
| WESTERN MILLING, LLC,<br><br>    Counter-claimant,<br><br>    v.<br><br>PRAETORIAN INSURANCE CO.,<br><br>    Counter-defendant. | |

On February 2, 2018, the court issued an order granting plaintiff's motion for partial summary judgment and denying defendant's motion for partial summary judgment. (Doc. No. 89.) In that order, the court directed the parties to submit a joint status report within fourteen days of service of the order proposing dates for the final pretrial conference and trial of this action, as well as any other matters relevant to the disposition of the case. (*Id.* at 8.) On February 14, 2018, the parties filed a joint status report requesting that a final pretrial conference be set for July 17, 2018 and a jury trial be set for August 14, 2018. (Doc. No. 90.) Plaintiff also requested,

however, that the court hold a status conference to address whether plaintiff should be allowed to designate a new expert witness, a request which defendant has opposed. (*Id.* at 2.) The court observes that expert discovery in this matter closed on September 1, 2017, and accommodating plaintiff's request would therefore necessitate re-opening discovery. (*See* Doc. No. 59.) Applications to re-open discovery are appropriately directed to the magistrate judge assigned to the case. *See* Local Rule 302(c)(1), (c)(13). Accordingly, this matter is referred to Magistrate Judge Erica P. Grosjean for consideration of plaintiff's request and scheduling of the final pretrial conference and trial dates, following resolution of any remaining discovery issues.

IT IS SO ORDERED.

Dated: **February 16, 2018**

UNITED STATES DISTRICT JUDGE